UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHICAGO TITLE INSURANCE COMPANY,<br><br>PLAINTIFF,<br><br>v.<br><br>OAKLEY HOME BUILDERS, INC.,<br><br>et al.,<br><br>DEFENDANTS. | CASE NO. 3:23-CV-00158-TLS-MGG |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Chicago Title Insurance Company, and Defendants, Oakley Home Builders, Inc., So Dun Investments, LLC, Steven Sobkowiak, and Ryan Dunham, have stipulated and agreed that all matters at issue in this action have been amicably resolved and settled and that the Court may issue an Order dismissing this action with prejudice, without costs, disbursements, or attorneys' fees by the Court to either party.

WHEREFORE, the parties move the Court to enter an Order in accordance with this stipulation.

Date: May 14, 2024

Have seen and agreed:

*/s/ John T. Ruskusky* (with permission)
John T. Ruskusky
(jtruskusky@nixonpeabody.com)
NIXON PEABODY LLP
70 West Madison, Suite 5200 Chicago, IL 60602-4378
Telephone: (312) 977-4460

John M. Wojcik (jw@farinawojcik.com)
Farina & Wojcik P.C.
121 W. Merchant St.
New Buffalo,MI 49117
Telephone No. 269.469.0300
*Counsel for Defendants*

*/s/ Corey J. Dunn*
Brian R. Pollock (bpollock@stites.com)
Corey J. Dunn (cdunn@stites.com)
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
Telephone: (812) 282-7566
*Counsel for Chicago Title Insurance Company*

1623661:1